UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60114-CR-BLOOM/VALLE
18 U.S.C. § 1951(a)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

JOSHUA GLAZE, a/k/a "White Boy,"

Defendant.
_____/

FILED BY ___AT___ D.C.

Oct 28, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about November 3, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA GLAZE, a/k/a "White Boy,"**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the United States Attorney, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant and his co-conspirators did unlawfully plan to take personal property, including U.S. currency and illegal narcotics, from the person and the presence of an individual, against said individual's will, by means of actual and threatened force, violence, and fear of injury to said individual, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

On or about November 3, 2015, within the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA GLAZE, a/k/a "White Boy,"**

did knowingly aid and abet the obstruction, delay, and affect on commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendant did unlawfully aid and abet in the taking of personal property from the person and presence of an individual, against said individual's will, by means of actual and threatened force, violence, and fear of injury to said individual, in violation of Title 18, United States Code, Sections 1951(a) and 2.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSHUA GLAZE, aka "White Boy,"

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami    ___ Key West
_✓_ FTL      ___ WPB    ___ FTP

New defendant(s)          Yes ___   No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days       _✓_
   II   6 to 10 days      ___
   III  11 to 20 days     ___
   IV   21 to 60 days     ___
   V    61 days and over  ___

   (Check only one)

   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _✓_

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   ___
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   ___

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes _✓_   No ___

_____
ASSISTANT UNITED STATES ATTORNEY
Paul F. Schwartz

*Penalty Sheet(s) attached

REV 6/5/2020

Case 0:20-cr-60114-BB   Document 1   Entered on FLSD Docket 10/28/2020   Page 4 of 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JOSHUA GLAZE, aka "White Boy"

**Case No:** _____

Count #: 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

*** Max. Penalty:** Maximum 20 years, $250,000 fine, 3 years supervised release

Count #: 2

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

***Max. Penalty:** Maximum 20 years, $250,000 fine, 3 years supervised release

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-60114-CR-BLOOM/VALLE |
| JOSHUA GLAZE ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, **U.S. Magistrate Judge**
*Judge's printed name and title*